USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JAIRED JONES,

                Petitioner,

     -against-

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------------------------ x

16-CV-7107 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of the Government's Letter. ECF No. 16. Plaintiff is hereby **ORDERED** to respond to this Letter on or before **October 19, 2020**.

**SO ORDERED.**

**Dated:**     **September 21, 2020**
              **New York, New York**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**